**MINTZ AND GILLER**
A Law Corporation
By: James Giller, Esq. (SBN: 028084)
405 - 14th Street, Suite 1008
Oakland, California 94612
Telephone: (510) 451-6686
Facsimile: (510) 451-4820

Attorney for Defendant,
Charles Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>Charles Moore<br><br>　　　　　Defendants<br>_____/ | CASE NO. CR 05-00491-VRW<br><br>**STIPULATION TO EXCUSE THE DEFENDANT FROM APPEARING IN COURT AND ORDER** |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Laurel Beeler, for The United States of America and James Giller Attorney for Defendant, that Defendant, Charles Moore, need not appear in court because defendant lives in Las Vegas, Nevada. The defendant is a low income individual and it's a financial hardship for him to come to California on May 16, 2006 for a status conference appearance. Therefore, the defendant requests the court to excuse defendant for the appearance on May 16, 2006, at 10:30AM before the Honorable Vaughn R. Walker.

DATED: May 10, 2006

　　　　　　　　　　　　　　　　　　　　　　　S/
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Laurel Beeler
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

|   |   |
|---|---|
| DATED: May 10, 2006 | S/<br>_____<br>James Giller,<br>Attorney for Defendant,<br>Charles Moore |

## **ORDER**

IT IS SO ORDERED that the defendant is excused from appearing in court on **May 16, 2006, at 10:30 a.m.,** in the above matter.

DATED: _____



2

# DECLARATION OF SERVICE

I, the undersigned, declare:

That I am employed in the County of Alameda where this mailing/faxing occurs; I am over the age of 18 years and not a party to this action. My business address is 405 - 14th Street, Suite 1008, Oakland, California, 94612.

On May 12, 2006, I served the following documents:

**STIPULATION TO EXCUSE THE DEFENDANT FROM APPEARING IN COURT AND ORDER**

in said action by __X__ FAXING _____ MAILING a true copy thereof, as follows:

**The Honorable Vaughn R. Walker**             (415)
**United States District Judge**


**Laurel Beeler**                              (415) 436-7234
**Assistant U.S. Attorney**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on May 12, 2006.

S/

_____
Sharaz T. Dean