| | |
|---|---|
| 1 | **MINTZ AND GILLER** |
| | A Law Corporation |
| 2 | By: James Giller, Esq. (SBN: 028084) |
| | 405 - 14th Street, Suite 1008 |
| 3 | Oakland, California 94612 |
| | Telephone: (510) 451-6686 |
| 4 | Facsimile: (510) 451-4820 |
| 5 | Attorney for Defendant, |
| | Charles Moore |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. CR 05-00491-VRW |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| -vs- | |
| Charles Moore | |
| Defendants / | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Laurel Beeler, for The United States of America and James Giller Attorney for Defendant, Charles Moore, that the sentencing hearing of Defendant herein be changed from **February 20, 2007, at 10:30AM., to February 27, 2007 at 10:30AM** before the Honorable Vaughn R. Walker. The reason for said stipulation is that the counsel for Defendant Charles Moore is presently in jury trial on a death penalty case in the Alameda County Superior Court in the case of People v. Alex Demolle, Docket No.140729 before the Honorable Larry Goodman and said court is in session on February 20, 2007.

IT IS FURTHER STIPULATED that this continuance is with the consent of the United States Probation Officer, Cheryl Simone.

1

DATED: February 14, 2007

S/
_____
Laurel Beeler
Assistant United States Attorney

DATED: February 14, 2007

S/
_____
James Giller,
Attorney for Defendant,
Charles Moore

DATED: February 14, 2007

S/
_____
Cheryl L. Simone, U.S. Probation Officer

## **ORDER**

IT IS SO ORDERED that the sentencing hearing in this matter be changed from **February 20, 2007, at 10:30 a.m to February 27, 2007 at 10:30a.m** before the Honorable Vaughn R. Walker.

DATED: February 16, 2007

_____
Vaughn R. Walker
United States District Court Judge

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]