UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

**FILED**

FEB 2 7 2007

Date: February 27, 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. CR 05-0491-11 VRW

Case Title: USA v. CHARLES MOORE ( PRESENT)

Attorneys:
For the Government: Laurel Beeler

For the Defendant(s): James Giller

Deputy Clerk: **Cora Klein**

Reporter: James Yeomans
USPO: Cheryl Simone

**PROCEEDINGS**

1) Judgment and Sentencing

**ORDERED AT THE HEARING**

The defendant Charles Moore is hereby committed to the custody of the United States Bureau of
Prisons to be imprisoned for a total term of 24 months, 3 years supervised release, shall comply
with the standard and additional conditions of supervised release which the court has adopted,
$100 special assessment which is due immediately, no fine.

Surrender date: April 13, 2007